KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6774
  Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING STATUS |
|     v. | ) | |
| | ) | |
| HANG JOE YOON, aka Mr. Lee, | ) | |
| MYONG SU AHN, aka Paula Lee, | ) | |
| NAM YOUNG LEE, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

    This matter is currently on the Court's calendar for June 7, 2006. Through counsel, defendants Hang Joe Yoon, Myong Su Ahn, and Nam Young Lee and the United States ask the Court to vacate the June 7, 2006 date based on the fact that the parties are finalizing the terms of a resolution (which contemplates the dismissal of each of these defendants) and set a status date

\\

\\

\\

\\

ORDER
CR 05-00395 CRB

1

1  of June 28, 2006 at 2:15 p.m.

2  STIPULATED:

3

4

5  _____May 30, 2006_____                    /S/ PETER B. AXELROD___
   DATE                                      PETER B. AXELROD
6                                            LAUREL BEELER
                                             Assistant United States Attorneys
7

8  _____May 30, 2006_____                    /S/  STEPHEN SHAIKEN___
   DATE                                      STEPHEN SHAIKEN
9                                            Attorney for Defendant Hang Joe Yoon

10

11  _____May 30, 2006_____                   /S/   GARY LAFF_____
    DATE                                     GARY LAFF
12                                           Attorney for Defendant Myong Su Ahn

13

14  _____May 30, 2006_____                   /S/   GARY LAFF_____
    DATE                                     GARY LAFF
15                                           Attorney for Defendant Nam Young Lee

16

17                                **ORDER**

18          For good cause shown, and for the reasons stated above, the Court vacates the June 7,

19  2006, hearing date for defendants Hang Joe Yoon, Myong Su Ahn, and Nam Young Lee based

20  the anticipated dismissals of these defendant and sets a status date of June 28, 2006 at 2:15 p.m.

21  for any further proceedings.

22          IT IS SO ORDERED.

23

24

25  DATED:_ June 2, 2006 _____

26                                          CHARLES R. BREYER
                                            United S
27

28

ORDER
CR 05-00395 CRB