| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PETER B. AXELROD (CSBN 190843)<br>LAUREL BEELER (CSBN 187656) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6774<br>Facsimile: (415) 436-7234 |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] <u>ORDER CONTINUING STATUS</u> |
| v. | ) ) | |
| HANG JOE YOON, aka Mr. Lee,<br>MYONG SU AHN, aka Paula Lee,<br>NAM YOUNG LEE, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is currently on the Court's calendar for June 7, 2006. Through counsel, defendants Hang Joe Yoon, Myong Su Ahn, and Nam Young Lee and the United States ask the Court to vacate the June 7, 2006 date based on the fact that the parties are finalizing the terms of a resolution (which contemplates the dismissal of each of these defendants) and set a status date

\\
\\
\\
\\

ORDER
CR 05-00395 CRB

1

of June 28, 2006 at 2:15 p.m.

STIPULATED:


    May 30, 2006                                 /S/ PETER B. AXELROD
DATE                                           PETER B. AXELROD
                                                   LAUREL BEELER
                                                   Assistant United States Attorneys


    May 30, 2006                                 /S/ STEPHEN SHAIKEN
DATE                                           STEPHEN SHAIKEN
                                                   Attorney for Defendant Hang Joe Yoon


    May 30, 2006                                 /S/ GARY LAFF
DATE                                           GARY LAFF
                                                   Attorney for Defendant Myong Su Ahn


    May 30, 2006                                 /S/ GARY LAFF
DATE                                           GARY LAFF
                                                   Attorney for Defendant Nam Young Lee


**ORDER**

    For good cause shown, and for the reasons stated above, the Court vacates the June 7, 2006, hearing date for defendants Hang Joe Yoon, Myong Su Ahn, and Nam Young Lee based the anticipated dismissals of these defendant and sets a status date of June 28, 2006 at 2:15 p.m. for any further proceedings.

    IT IS SO ORDERED.


DATED: June 2, 2006

                                             CHARLES R. BREYER
                                             United S...

ORDER
CR 05-00395 CRB

2